

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2022

No. 04-22-00082-CV

**IN THE INTEREST OF I.M.D., I.M.D., I.M.D., AND M.V.D.**, Children

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CI18096
Honorable Tina Torres, Judge Presiding

# O R D E R

On August 1, 2022, appellee filed his brief. Appellee's brief violates Texas Rule of Appellate Procedure 9.9 in that Appendix 10 to the brief includes sensitive data, specifically the birth dates and names of people who were minors when the underlying suit was filed, and such data has not been redacted. *See* TEX. R. APP. P. 9.9. We therefore **ORDER** that appellee's brief is **STRICKEN**. We further **ORDER** appellee to file an amended appellee's brief in compliance with Texas Rule of Appellate Procedure 9.9 by **August 15, 2022**.

It is so **ORDERED** on this 4th day of August, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court